# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'25 AUG 22 PM2:50

KM

__Raymond Thomas Parker__
Plaintiff

v.

__Scott Bessent__
Defendant

Civil Action No. __3-25CV2262-D__

## COMPLAINT

See Appendix F

\* Attach additional pages as needed.

Date __Aug 22nd, 2025__ (RTP / RP)

Signature __Raymond Parker__

Print Name __Raymond Parker__

Address __17204 S Maple__

City, State, Zip __Kellyville, OK 74039__

Telephone __918 527-7762__

Appendix F                                                                                          Aug-25-2025

Raymond Thomas Parker

Abuse form the Internal Revenue Agency Management team, giving me a choice between losing everything I had worked for all my life and forced me to work in extreme pain.

The IRS required be to move a chair that **not part of my job duties** to save a few hundred dollars. This caused increase in pain

Ignored my disability by coming to my desk and asking me to agree to do things and then ordering me to send him an e-mail volunteering to do things I would not have volunteered to do. He did this with the desk and working in East Texas. I very much felt bulled into things my him keeping his side of the conversation off the RECORD, then saying YEA Ray volunteered to travel to East Texas. I went as far as buying a Cadillac DTS just so I could drive that far then both him and the Territory Manager yelled at me for taking so long to travel.

There is a lot of hate at the IRS in Farmers Branch towards disabled people, an example is the Farmer Branch office Disabled People are made to walk or wheel themselves into the building in the weather and when it rains they water falling on them off a 14 storie build while the non handicap people have a breezeway to walk into the building. I was often made to park a long ways from building.

TM had only one meeting with me where he scream at me.

# EEO Investigative Affidavit for Compensatory Damages

*Note: Not applicable to Age Discrimination in Employment Act (ADEA) Claims*

| Name | Case No. | Page No. | No. of Pages |
|---|---|---|---|
| Raymond Parker | IRS-22-0112-M | 1 | |

## Instructions for the Complainant:

During an investigation into alleged discrimination, The Treasury is required to gather evidence regarding appropriate remedies, which may include compensatory damages. The remedy that you are seeking to resolve this complaint includes your claim that you are entitled to receive a monetary award. Therefore, you must provide testimony and evidence concerning the nature, extent and severity of the harm you suffered due to the alleged discriminatory conduct. EEO Investigative Affidavit for Compensatory Damages contains a number of questions and/or statements regarding your claim for damages. Please read the questions or statements carefully before responding. If you need additional space, please use an additional sheet(s). Any additional sheet(s) must show the number of this form EEO Investigative Affidavit for Compensatory Damages, the item number(s) to which it pertains, a page number and the total number of pages submitted for this form. You must declare under penalty of perjury that the information you provide on this form including any attached sheets is true and correct.

1. I experienced financial difficulties because of the discriminatory act(s) alleged in my complaint.

    X☐ Yes     ☐ No

    If yes, provide full explanation. Please include description and cause of difficulty(ies), when occurred, duration of occurrence, and severity.

    **This discrimination has caused the following problems:**
    - Passed over for promotions to GS 13 and ~~aboveoua~~above
    - **Loss of many hours of work causing me to borrow money to try and pay my bills**
    - **Loss Steps increase**
    - **Un-earned leave because of all the Leave Without Pay**
    - Lost wages due to my separation from the Agency

2. I experienced medical problems because of the discriminatory act(s) alleged in my complaint.

    X☐ Yes     ☐ No

    If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity.

    Well this one is dangerous to answer. Yes I have been suicidal really. Do we really want to say this?
    Massive head aches
    Forced to put off taking medication because of location or driving
    Increased back and neck pain because of the stress and work hours they would not adjust anting like you have to work 8 hours straight you cannot split your day. Other people were allowed to do this.
    Had to live close to the location of work; ~~however~~however, the IRM says 250 miles.

3. I obtained psychological or psychiatric counseling and/or treatment because of the discriminatory act(s) alleged in my complaint.

    X☐ Yes     ☐ No

    If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity.

    See attached.

4. I have had to take medication because of the discriminatory act(s) alleged in my complaint.

   X ☐ Yes        ☐ No

   If yes, list type of medication, reason for the medication, and the cost of the medication.

**I had a stroke shortly after being fired/forced out of a job; because of this long term abuse.**
**See medical list from the VA and Doctor Savage attached.**

| Raymond Parker, IRS-22-0112-M | Page No. 2 | No. of Pages |
|---|---|---|

5. Did any of the difficulties for which you checked "Yes" in items 1-4 exist prior to the act(s) of discrimination alleged in your complaint?

   X☐ Yes        ☐ No

   If yes, please complete question 6 below.
   **I was a disabled veteran with PTSD, whole back injury with a good amount of broken bones, glass in my eye balls ~~ect~~ etc.... so the discrimination for my disabilities did not help the problem. I tried to explain to GM and TM and they mostly just did not care.**

6. Describe for each pre-existing condition how that condition was made worse by the act(s) of discrimination alleged in your complaint. Begin each description with the item number on page 1 (items 1 through 4) to which it pertains.
   **Well yelling at me on multiple occasions did not help the PTSD or the stress**
   **Setting me up to fail because they hated veterans did not help anything at all and cause all kinds of health problems.**

7. Is there any other information or evidence regarding your claim for entitlement to compensatory damages that you want to include with your affidavit?

   X☐ Yes        ☐ No

   If yes, please provide a full explanation of the information you wish to include. Attach additional pages if necessary.

   See attached.

   **IMPORTANT!**
   You must attach or provide the investigator with copies of documentation, such as bills, doctor's statements, pharmacy bills, statements from other persons, or other paperwork relevant to the difficulty that you claim is related to the discriminatory act(s) alleged in your complaint. If you do not have copies of your documentation, you may provide the original to the investigator who will copy relevant records and return the original documents to you. Alternatively, for medical information and records, you may provide a signed authorization from your health care provider to the investigator permitting him/her to obtain information directly from your health care provider or pharmacy. Or, you may sign a medical information release provided by the investigator if you prefer.

**Privacy Act Notice**

Privacy Act Notice. The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the Treasury Department is a party or has an interest; to a government agency in order to obtain information relevant to a Treasury Department decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the Treasury Department to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of Treasury Department finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Treasury employees and other witnesses.

**I declare under penalty of perjury that the foregoing, including any attached sheets, is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| *Raymond Thomas Parker* (signature) | 3-21-2022 |

| Certification | Case No.<br>IRS-22-0112-M |
|---|---|

I have read the foregoing attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the Agency is a party or has an interest; to a government agency in order to obtain information relevant to an Agency decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the Agency to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of Agency finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. The information requested through this form is voluntary for the Complainant and for non-Federal Agency employees. Federal Agency employees, pursuant to 29 Code of Federal Regulations § 1614.108 (c)(1) and (c)(3), are required to cooperate and shall produce such documentary and testimonial evidence as the investigator deems necessary.

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct.

*(Affiant, sign and date if attached statement was not completed in the presence of an EEO Complaints Investigator.)*

| Signature of Affiant | Date Signed |
|---|---|
| Raymont Thomas Pork | 03-21-2022 |

## NOTICE OF NON-DISCLOSURE OF TAXPAYER INFORMATION

### To be provided to all IRS employees, including the Complainant, who are witnesses

This is a reminder that when responding to the EEO Investigator, please ensure that any taxpayer information is properly redacted before submitting to the EEO Investigator.

Title 26 of the Internal Revenue Code (IRC), Section 6103 includes strict privacy and security rules to safeguard tax information.

A Taxpayer Identification Number (TIN) is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

**Taxpayer Identification Numbers**

- Taxpayer's first, last, and company name
- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

**Note to the Investigator: If you receive taxpayer information as described above, please immediately forward to your Treasury POC. Do NOT place this information in the Investigative Folder.**

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

Complaint No: IRS-22-0112-M

I, the undersigned, hereby grant permission for any and all information from my medical records already in the possession of the Agency, or provided by me to the Investigator in conjunction with the subject investigation, to be included in the Report of Investigation of this EEO complaint. I understand that the medical information covered by this release may be provided to officials authorized to review Reports of Investigation of employment discrimination.

_Raymond Thomas Parks_
Signature of Complainant

03-21-2022
Date

Signed before me on this

_____ day of _____, _____

_____
Signature of Witness to the Complainant's signature

# Authorization Letter

National EEO Investigative Services Office                                March 02, 2022


UNITED STATES POSTAL SERVICE

ANNE KLEIN

RE: Letter of Authorization

> RAYMOND PARKER
> vs.
> Janet L. Yellen, Secretary
> U.S. Department of the Treasury
> IRS-22-0112-M

Dear Anne Klein :

You have been assigned to conduct an investigation of the complaint of discrimination referenced above. Enclosed is the formal complaint, report of counseling, and any related correspondence or documentation. Your investigation should be completed and returned to Maria D. Garcia, EEO Services Analyst, using the contact information below, in accordance with the terms of the statement of work and the task order.

You are authorized to:

- Investigate all aspects of this complaint.
- Require all federal employees to cooperate in the investigation (29 C.F.R. 1614, MD-110)
- Require federal employees who have knowledge of the issue(s) raised in the complaint to provide testimony in affidavit or under oath, affirmation, or penalty of perjury.

Sincerely,

*Tamra S. Schweiberger*

Tamra S Schweiberger
Manager, EEO Services


cc: Maria D. Garcia
EEO Services Analyst
PO Box 21979
Tampa FL 33622-1979
Tel. (813) 739-
Fax:

Aug-25-2025

RECEIVED
AUG 22 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Your Honor

I did the best I could on this paper work. I could not get anyone to help. I have not had enough money to pay my bills for more months than I can remember. The lies of my manager has cost me a lot of my retirment pay.

The only lawyer I could find wanted $25,000 up front. I tried to sell my houses my cars & truck and had no luck.

My old law firm that lost the EEOC gave list of lawyer none handle this typ of case.

Ray Parker
918-527-7762

JS 44 (Rev. 04/21)(TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Parker Raymond Thomas
~~Raymond Parker~~

**DEFENDANTS**
3-25CV2262-D
Scott Bessent

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*
~~Creek~~

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED AUG 22 2025 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [x] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII Harassment & ABUSE

Brief description of cause:
Injured at work doing something out of my Job description Boss was very ABUSE

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 04/21) (TXND (4/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.