AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Raymond Thomas Parker
*Plaintiff/Petitioner*

v.

Scott Bessent
*Defendant/Respondent*

Civil Action No. 3-25CV2262-D

FILED-USDC-NDTX-DA
'25 AUG 22 PM2:50
KM

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Raymond Thomas Parker

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: Aug 22 RTP - 2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment  NONE | $ 0 | $ N/A | $ 0 | $ No Spouse |
| Self-employment | $ -2,500.00 | $ N/A | $ -500.00 | $ No Spouse |
| Income from real property *(such as rental income)* | $ 665.50 | $ N/A | $ 0 | $ No Spouse |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ No Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ No Spouse |
| Alimony | $ 0 | $ N/A | $ 0 | $ No Spouse |
| Child support | $ 0 | $ N/A | $ 0 | $ No Spouse |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 3076 | $ N/A | $ 0 | $ No spouse |
| Disability (such as social security, insurance payments) | $ ~~3076~~ RTP | $ N/A | $ 0 | $ No Spouse |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ No Spouse |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ No spouse |
| Other (specify): Veterans Administration | $ 3967.36 | $ N/A | $ 3967.36 | $ No Spouse |
| Total monthly income: | $ | $ No Spouse | $ | $ No spouse |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | N/A | N/A | $ 0 |
| NONE | N/A | N/A | $ 0 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.) I GOT Divorced Dec-2008 Have not Dated

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| No Spouse | N/A | N/A | $ 0 |
| No Spouse | N/A | N/A | $ 0 |
| No Spouse | N/A | N/A | $ 0 |

4. How much cash do you and your spouse have? $ 500.00 / N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | Page 1 Appendix (A) | $ N/A | $ NO spouse |
| See Attached Spread Sheet | Spread Sheet (A) | $ N/A | $ NO spouse |
| See Attached | Spread Sheet (A) | $ N/A | $ NO Spouse |
| See Attached A | Spread Sheet (A) | $ N/A | $ NO Spouse |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| See Appendix B | | |
| Home (Value) 16605 S RR ~~maple~~ HWY 48 Bristow | $ | 325,000 |
| Other real estate (Value) 17204 S maple Drive kellyville OK | $ | 176,000 |
| Motor vehicle #1 (Value) Paid 83,278 | $ | ~~$~~ 70,000 |
| Make and year: Ford F-250 2024 | | |
| Model: Lariat | | |
| Registration #: 1FT8W2BT6RED69921 | | |
| Motor vehicle #2 (Value) Chevy 2008 | $ | 9,500 |
| Make and year: 2500 HD 2008 | | |
| Model: Silverado | | |
| Registration #: 1GCHK29K38E190842 | | |
| Other assets (Value) Real estate See Appendix C | $ | 175,000 00 |
| Other assets (Value) See Appendix D | $ | 246,575 00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| US Department Treas | $ Millions Stolen | $ No Spouse |
| Landmark | $ around $125,000 | $ NO Spouse |
| N/A | $ N/A | $ NO Spouse |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Andrew Truman Parker | Father | 86 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☒ No  Is property insurance included? ☒ Yes ☐ No | $ 4,516 | $ No Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 400.00 | $ No Spouse |
| Home maintenance (repairs and upkeep) | $ 600.00 | $ No Spouse |
| Food | $ 1,000.00 | $ No Spouse |
| Clothing | $ 100.00 | $ No Spouse |
| Laundry and dry-cleaning | $ 50.00 | $ No Spouse |
| Medical and dental expenses | $ N/A | $ No Spouse |
| Transportation (not including motor vehicle payments) | $ 1,050.00 | $ No Spouse |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ No Spouse |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 7,667.00 | $ No Spouse |
| Life: Basic Life $30.51, 198.00 Option B 372.41 See Appendix A page 2 | $ 518,000 | $ No Spouse |
| Health: | $ 119.83 | $ No Spouse |
| Motor vehicle: | $ 7,900 | $ No Spouse |
| Other: | $ | $ No Spouse |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 87.50 | $ No Spouse |
| Installment payments | | |
| Motor vehicle: 2014 F-250 Ford | $ 1,159.41 | $ No Spouse |
| Credit card (name): Master Card Capital One | $ 1,500.00 | $ No Spouse |
| ~~Department store~~ VISA (name): Arvest | $ 1,000.00 | $ No Spouse |
| Other: N/A | $ 0 | $ No Spouse |
| Alimony, maintenance, and support paid to others See Appendix C+D | $ See App D | $ No Spouse |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ No Spouse |
|---|---|---|
| Other (specify): | $ | $ No Spouse |
| Total monthly expenses: | $ 0 | $ No Spouse 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? **See Appendix C & D   My house in Bristow is up for Sale now. Some of Apper D is already for Sale -w- more add as repairs are done.**

   ☒ Yes   ☐ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No   **In Oct I will receive $125,000 from selling a cell tower rental contract**

    If yes, how much? $ **125,000.00**

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    **I have a large cash-flow problem. The IRS Disability Retirement ends This month. That reduces my income $3,076 a month. Also I have had only expense (Lawyer) & no income from Sales.**

12. Identify the city and state of your legal residence. **Kellyville Oklahoma**

Your daytime phone number: **918-527-7763**

Your age: **61**   Your years of schooling: **16**

Last four digits of your social-security number: **6384**

## Checking Accounts

| $ | 180.82 | 1st Bank & Trust | First Bank & Trust PO BOX 580 Duncan OK 73534 | 6066 |
|---|---|---|---|---|
| $ | 100.00 | 1st Bank & Trust | First Bank & Trust PO BOX 580 Duncan OK 73534 | 1103 |
| $ | 3.23 | 1st Bank & Trust | First Bank & Trust PO BOX 580 Duncan OK 73534 | 8919 |
| $ | 47.00 | U.S. Bank | US BANK PO BOX 1800 Saint Paul Minnesota 55101-0800 | |
| $ | 238.33 | Chime On Line Bank | Chime P.O. Box 417 San Francisco CA 94104 | 5368 |
| $ | 569.38 | Total in Banks | | |

## Credit Cards

| $ | 18,652.76 | $ | 18,400.00 | Arvest | Arvest Bank PO BOX 2169 Lowell AR 72745-2169 | 3313 |
|---|---|---|---|---|---|---|
| $ | 34,204.92 | | | Capital One | Capital One P.O. Box 60519 City of Industry CA 9171-0519 | 5278 |
| | | $ | 35,000.00 | | | |
| $ | 52,857.68 | | | | | |

## Other Loans

| $ | 14,801.38 | John Deere | J.P.Morgan/Chase PO BOX 4450 Carol Stream IL 60197-4450 | |
|---|---|---|---|---|
| $ | 83,477.52 | 2024 Truck | TD Fi | |
| $ | 98,278.90 | | | |

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT PROGRAMS
BOYERS, PA 16017

# Annuity Statement

| Name of Annuitant | |
|---|---|
| RAYMOND T PARKER | |
| 17204 SOUTH MAPLE DRIV | |
| KELLYVILLE OK 74039 | |

| Date Printed | Dec 26, 2023 |
|---|---|
| Annuitant Claim Number | A93268160 |

**Payment Dated:** Jan 2, 2024

The following information is provided in response to your request for verification of your retirement benefits under the Civil Service Retirement System or the Federal Employees Retirement System.

## Deductions/Additions

| Code | Description | Amount |
|---|---|---|
| | Gross Amount of Annuity | $3,076.00 |
| 111 | Blue Cross/Blue Shield Service Benefit Plan-Basic | -$187.78 |
| 17 | Post Retirement FEGLI | -$198.00 |
| 18 | Additional Optional Fegli (Option B) | -$372.81 |
| 46 | Basic LI Premium Until 65 (if ret after 1/1/90) | -$30.51 |
| | Net Amount of Annuity | $2,286.90 |

## Comments

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS A 2.2%

COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS

ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

EFFECTIVE JANUARY 1, 2024, YOUR MONTHLY HEALTH

BENEFITS PREMIUM FOR PLAN 111 WILL BE $207.44.

IF THE HEALTH BENEFITS PREMIUM SHOWN IN THIS MESSAGE

IS THE ONLY CHANGE AFFECTING YOUR FEBRUARY 1 PAYMENT,

YOU MAY NOT RECEIVE A SEPARATE NOTICE OF ANNUITY

ADJUSTMENT.

The annuity of a retired member terminates on the day the member dies or the date of other terminating events provided by title 5, U.S. Code, Section 8345(c), et seq.

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT PROGRAMS
BOYERS, PA 16017

Retirement Services

# Annuity Statement

Sincerely,

Nicholas A[signature]

**Nicholas Ashenden**
Deputy Associate Director
Retirement Operations

*Appendix B*

## Ray's House Bristow OK — For Sale

| As Of Date | Monthly Payment | Address | Pay OFF Debt | House is for sale |
|---|---|---|---|---|
| 8/10/2025 | $ 1,908.38 | 16605 South HWY 48 Bristow OK 74010 | $ 231,233.19 | Yes Asking $360,000 |
| 8/10/2025 | $ 740.36 | 16605 South HWY 48 Bristow OK 74010 | $ 84,881.45 | |
| | $ 2,648.74 | | $ 316,114.64 | — Total owed |

## Ray's House Kellyville OK

| As Of Date | Monthly Payment | Address | Value of Asset | ~~House is for sale~~ RTP |
|---|---|---|---|---|
| 8/10/2025 | $ 1,867.65 | 17204 South Maple Dr Kellyville OK 74039 | $ 175,601.48 | N/A |
| | $ 1,867.65 | | $ 175,601.48 | |
| | | My Father has a life time lease on this house | | |
| 11/25/2024 | $ - | 36351 N HWY 56 Sasakwa OK | $ 39,000.00 | No |

Appendix C

**Realestate Aseets Owned**

| | | | | |
|---|---|---|---|---|
| $ - | $ 75,000.00 | $ (25,000.00) | $ 50,000.00 | 10/30/2024 |
| $ 0 | $ 125,000.00 | $ - | $ 125,000.00 | 12/15/2025 | This is due to a 60 Day right by US Cellur and additioanl complcations it is expected to close the second week of Dec-2025

*Appendix E* — *1st Bank of Trust*

May 08, 2025

Raymond T Parker
17204 S Maple DR
Kellyville, OK 74039

Subject: **Application Loan Number 22506**

Dear Raymond T Parker :

Thank you for your recent loan application which was submitted to First Bank & Trust Company on your behalf at Stroud - CL. After careful consideration, we regret to inform you that we are unable to approve your request at this time.

The principal reason(s) for our decision are indicated below:

- **Excessive obligations in relation to income (Raymond Parker)**

Our credit decision on your application was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. Under the Fair Credit Reporting Act, you have a right to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

You may learn more about the information they have concerning you by contacting them directly. Credit Bureau Agency referral and information obtained from:

**Factual Data Consumer Assistance PO Box 530090 Atlanta, GA 30353 (877) 237-8317**

We also obtained your credit score from Factual Data Consumer Assistance and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score 747

Date: 05/08/2025

Scores range from a low of 336 to a high of 843.

The key factors that adversely affected your credit score:

TOO MANY INQUIRIES IN THE LAST 12 MONTHS
LEVEL OF DELINQUENCY ON ACCOUNTS
PROPORTION OF REVOLVING BALANCES TO REVOLVING CREDIT LIMITS IS TOO HIGH
TOO MANY ACCOUNTS WITH BALANCES
FACTA: Risk Score Value -THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE

Subject: Application Loan Number 22506

If you have any questions regarding your credit score, you should contact Factual Data Consumer Assistance at

Address:   PO Box 530090
           Atlanta, GA 30353

Toll-Free Telephone number: **(877) 237-8317**

We thank you for this opportunity to consider your request. If you have any questions regarding this notice, you should contact 1-877-976-2265, First Bank & Trust Co., P. O. Box 580, Duncan, OK 73534-0580.

Sincerely,

*[signature: Bridget Alexander]*

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the

June 16, 2025

# Terms of Agreement

**Lease Information:**
Seller/Site Owner: Raymond Parker
Mailing Address: 17200 S Maple Dr
Kellyville, OK 74039-4737

| Tenant | Current Rent | Escalation Rate | Site Address |
|---|---|---|---|
| US Cellular | $665.50 Monthly | 10.00% 5 Years | 36351 State Highway 56, Sasakwa, OK 74867-7711 |

**Easement Area and Assignment of Lease:** The Easement Area shall be approximately the leased premises described by the existing cellular lease (the "Lease(s)") and a non-exclusive access and utility easement. The Easement Area will be confirmed by a survey performed during due diligence. Landmark will be assigned the Lease(s) for the duration of the easement.

**Confidentiality:** Site Owner agrees not to disclose any of the terms of this agreement to any unrelated third parties, except for its broker, agent, lawyers, consultants, bookkeepers and tax advisors, without Landmark's prior written consent for the later of one (1) year from the date of this document or the date on which both parties enter into a mutually acceptable easement and purchase and sale agreement.

**Exclusivity:** Until the expiration of this agreement, Site Owner shall not, directly or indirectly, (a) offer the Lease(s) or the Easement Area for sale or assignment to any other person; (b) negotiate, solicit or entertain any offers to sell or assign any interest in the Lease(s) or the Easement Area to any other person; or (c) modify, amend, supplement, extend, renew, terminate or cancel the Lease(s).

The purchase price shall be the gross purchase price from which will be deducted:
- Prorated rent for the remainder of the month/year of closing
- If applicable, the next two months' of rent payments to account for the time it takes the tenant time to recognize Landmark as the new payee (Site Owner shall be entitled to receive and deposit the next two monthly rent checks after closing, provided however, if one or both rent checks are received by Landmark, Landmark will pay to Site Owner the sum of the rental revenue not received by Site Owner for the 2 months following closing once received by Landmark); and
- Transfer taxes.

**Offer Expiration Date:** July 8, 2025

\* Landmark will complete a title search of the property on which the telecom site is located (the "Property") and perform any and all due diligence on the Property, including a survey of the Easement Area and site inspection at its sole cost and expense. Site Owner will provide Landmark with attorney comments to any of Landmark's transaction documents within five (5) days of the receipt of such documents. If there is a mortgage or lien on the Property, Site Owner agrees to use commercially reasonable efforts to obtain a non-disturbance agreement ("NDA") from the lender or lienholder. In the event the NDA cannot be obtained, Landmark may still close the transaction subject to a twenty percent (20%) reduction in the Purchase Price, provided the Property satisfies Landmark's loan-to-value calculation and Site Owner complies with Landmark's additional due diligence requests.

\* Our signatures below acknowledge that these are the business terms upon which this transaction will be completed and authorizes Landmark to proceed with this transaction. Closing is subject to Landmark's receipt and evaluation of the document checklist items, completion of due diligence and final underwriting approval, and a mutually acceptable easement and purchase agreement. Landmark will endeavor to close this transaction within forty-five (45) days of its receipt of Site Owner's signature below or if that is not possible, within five (5) days of the receipt of all due diligence including any necessary NDAs or consents and the expiration or waiver of any right of first refusal (the "ROFR") of any tenant. If Landmark does not close the transaction within ninety (90) days of the date of Site Owner's signature below, this agreement will expire unless extended by mutual written consent.

\* For the purposes of this document, "Landmark" and "Site Owner" shall refer to and mean Landmark Dividend LLC and its affiliates and Site Owner and their respective affiliates, successors and/or assigns.

Docusign Envelope ID: 4527EA61-1DFD-47AE-82BE-4A3F87DD48ED

**Additional Terms:**

- Landmark and Site Owner also agree to share any future rent from carriers 50/50 (50% to Site Owner) who may require additional space outside of the ground lease. In the event an agreement is executed with a carrier for space outside of the ground lease, the parties shall enter into a mutually agreeable amendment to the easement contemplated herein to include such additional space.

**Purchase Price and Term:** Initial below

1. _____   Purchase Price:  $125,000.00
                 Term:            Perpetual
                 Type:            Lump Sum

Please sign and date below and return at your earliest convenience

*Raymond Parker*
31D3EAEEA8284D9
DocuSigned By: Raymond Parker
Raymond Parker

Date: 7/9/2025
Phone: _____
Email: _____

Approved by  DocuSigned by:
*Josef Bobek*
0032568B6CD744C...

Landmark Authorized Signatory

1. Agree to provide my representative with the following information required for closing within 7 days of site Owner's execution of this agreement:

   ☒ Fully Executed copy of cellular lease, including any addenda, amendments, assignments, site plans, construction drawings, notices or exercise letters, any other available tenant correspondence

   ☐ Copies of the last two months' rent checks or the last annual check if paid annually

   ☐ Proof of Site Owner's existence and authority, as applicable: articles of incorporation, articles of formation, by-laws, operating agreement; partnership agreement; trust agreement; probate documents, death certificate; divorce decree; property management agreement

   ☐ Deed

   ☐ Current tax bill for Property

   ☐ Prior title report or title insurance policy, if available

   ☐ Existing environmental reports (for fee purchase only)

2. Attorney Contact Information

   Name: _____
   Telephone: _____
   Email: _____

3. Representation

   Site Owner has not received any verbal or written notice from the Tenant(s) that the site is or will be decommissioned or that the site is or will be subject to a reduction in the rental revenue.

   Initial __*RP*__

4. Mortgage:  ☐ Yes  ☒ No

   Bank: _____

   Mortgage Amount: _____

   Lender Contact: _____

   Lender Phone: _____

   Lender Email: _____

   *Raymond Parker*
   DocuSigned By: Raymond Parker
   31D3EAEEA8284D9
   Site Owner Signature

   Date: 7/9/2025

Appendix D

## Non Real-estate Assets Owned

| | | | |
|---|---|---|---|
| $ 60,000.00 | $ 17,985.00 | No | 6105 JD |
| $ 19,500.00 | | | Sale 550 F |
| $ 1,750.00 | | | LTD |
| $ 4,500.00 | | | 380SL Mercedes-Benz 1981 |
| $ 14,500.00 | | | Continental Mark V |
| $ 1,500.00 | | | Continental Mark V |
| $ 5,500.00 | | | 1968 Ford COE N600 |
| $ 7,500.00 | | | 1947 Chevy 5 window |
| $ 23,000.00 | $ 17,000.00 | | 2012 F-250 |
| $ 23,000.00 | $ 14,500.00 | | 2012 F-250 Vin #99963 |
| $ 3,500.00 | | | 1990 F-450 |
| $ 21,000.00 | | | 2002 Trans-AM |
| $ 15,000.00 | | | 1931 Ford |
| $ 9,500.00 | | | 2021 Car Hauler |
| $ 6,500.00 | | | 2001 Flat Bed |
| $ 12,000.00 | | | 2016 Travel Trailer |
| $ 3,500.00 | | | Dump Trailer |
| $ 750.00 | | | Small Trailer |
| $ 2,100.00 | | | 1988 Sq Body |
| $ 500.00 | | | Grader blade |
| $ 300.00 | | | Grader blade Yellow Modified |
| $ 1,500.00 | | | Tiller |
| $ 900.00 | | | Root Rake |
| $ 2,000.00 | | | Post drill |
| $ 125.00 | | | snow blade |
| $ 2,400.00 | | | 15 Foot Bush Hog |
| $ 3,500.00 | | | 15 Foot Bush Hog |
| $ 750.00 | | | 10 Foot Brush Hog |
| $ 246,575.00 | $ 49,485.00 | | |

This is not meent to be a sales price Sheet.
 As we get a Item ready it will be put up for sale
 Major proplem is I don't have any cash to pay for Repairs.
 My Bank 1st Bank & Trust has backed out of deals on me before.
 See Appendix E