# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'25 AUG 22 PM2:50

KM

Raymond T. Parker
Plaintiff

v.

Scott Bessent
Defendant

Case Number: 3-25CV2262-D

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

Appendix A, b, c, D, E & F

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

Talked to the following Lawyes: Stacy Colelaw, Michael C. - Fallings (needed $25,000 up front) Jackson Spencer, Spielberger, Scott Gilmore Thomas

I do not keep a list of ones that never called back.

Date: Aug 23 2025 RTP

Signature: Raymond Thomas Parker

Print Name: Raymond Thomas Parker

Address: 17204 S Maple DR

City, State, Zip: Kellyville OK 74039

Telephone: 918-527-7762