IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND THOMAS PARKER,      § | | |
|     Plaintiff,      § | | |
| § | | |
| v.      § | | No. 3:25-CV-2262-D-BW |
| § | | |
| SCOTT BESSENT,      § | | |
|     Defendant.      § | | Referred to U.S. Magistrate Judge[1] |

### FIRST MAGISTRATE JUDGE'S QUESTIONNAIRE

Attached is a document entitled "Answers to First Magistrate Judge's Questionnaire." The Court perceives the facts set forth in your complaint as inadequate in whole or in part to state a claim against the defendant and to show that this Division is the most appropriate forum for this action. The issuance of this Questionnaire is intended to provide you with an opportunity to supplement the complaint with more specific facts to support the claims alleged and venue in this Division.

Accordingly, you must answer the questions in the document in the space provided for an answer. If necessary, you may attach additional pages to fully answer the questions. Do not write on the back of the pages. You must verify the answers under penalty of perjury on the signature line at the conclusion of the Questions and return them to the Court no later than **October 16, 2025**. Failure to file answers may result in dismissal of this action for failure to prosecute.

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for judicial screening.

**SO ORDERED** on September 25, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND THOMAS PARKER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:25-CV-2262-D-BW |
| | § | |
| SCOTT BESSENT,<br>    Defendant. | §<br>§<br>§ | Referred to U.S. Magistrate Judge[2] |

# ANSWERS TO FIRST MAGISTRATE JUDGE'S QUESTIONNAIRE

**QUESTION 1:** Your letter complaint and attached documents appear to sue Scott Bessent, Secretary of the Treasury, for employment discrimination. Are you suing the defendant for employment discrimination?

**ANSWER:**

_____ Yes                                             _____ No

If you answered "Yes," provide the following information:

a. Where (city and state) did the events upon which your lawsuit is based happen? _____

b. Where (city and state) are the employment records relevant to the events upon which your lawsuit is based maintained and administered? _____

c. Where (city and state) would you have worked had the alleged unlawful employment practices not occurred? _____

d. Where (city and state) is your former employer's principal office? _____

---

[2] By Special Order No. 3-251, this pro se case has been automatically referred for judicial screening.

 e. Explain why this case should proceed in the Dallas Division of the Northern District of Texas.

**QUESTION 2:** Included with your complaint are documents referencing Case No. IRS-22-0112-M. (Dkt. No. 3 at 3-5, 9.) Did you file a claim of discrimination relating to this case number with the Equal Employment Opportunity ("EEO") division of the agency with which you were employed?

 **ANSWER:**

 _____ Yes            _____ No

 If you answered "Yes,"

  a. With which agency did you file your claim of discrimination? _____

  b. What was the date (month, day, and year) that you filed the claim of discrimination? _____

  c. Attach to your answers to this questionnaire a copy of the claim of discrimination that you filed with the EEO division of your agency.

**QUESTION 3:** Did the EEO division of your agency issue a final agency decision addressing your claim of discrimination?

 **ANSWER:**

 _____ Yes            _____ No

 If you answered "Yes,"

  a. What was the date (month, day, and year) on which you received the final agency decision? _____

  b. Attach to your answers to this questionnaire a copy of the final agency decision.

**QUESTION 4:** Did you appeal to the United States Equal Employment Opportunity Commission ("EEOC") from your agency's final agency decision?

    **ANSWER:**

    _____ Yes                                             _____ No

    If you answered "Yes,"

    a. Did the EEOC issue a final decision concerning your charge of discrimination?

                                                                    _____ Yes    _____ No

    b. What was the date (month, day, year) on which the EEOC issued its final decision? _____

    c. What was the date (month, day, year) on which you received the EEOC's final decision? _____

    d. Attach to your answers to this questionnaire a copy of the EEOC's final decision.


**QUESTION 5:** Your complaint does not identify an address for service of process for Defendant Scott Bessent. Provide the address where this defendant may be served with process.

    **ANSWER:**

5

**STATE OF** _____

**COUNTY OF** _____

## **VERIFICATION**

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing answers are true and correct. 28 U.S.C. § 1746.

SIGNED on _____, 2025.

_____
(Signature of Raymond Thomas Parker)