IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND THOMAS PARKER, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:25-CV-2262-D-BW | |
| § | | |
| SCOTT BESSENT, § | | |
| Defendant. § | Referred to U.S. Magistrate Judge[1] | |

# NOTICE OF JUDICIAL SCREENING AND ORDER

Judicial screening of this pro se case is pending pursuant to 28 U.S.C. § 1915(e)(2). The Court will order the Defendant to file an answer in this action, if necessary, after it completes screening of the case.

It is therefore **ORDERED** that:

(1) No service of process will issue pending completion of judicial screening.

(2) No motions for the appointment of counsel will be filed until the Court has completed its screening.

(3) No amendments or supplements to the complaint will be permitted without prior approval from the Court. A complete proposed amended complaint on the required form must be attached to any motion to amend the complaint.

(4) All discovery in this case is stayed until the Defendant is ordered to file an answer or until further notice by the Court.

(5) Raymond Thomas Parker shall register for electronic filing through this Court's electronic filing system (CM/ECF), as required by Local Civil Rule 5.1(f), by **November 13, 2025**. Instructions for registering are available online at https://www.txnd.uscourts.gov/file-registration.

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for judicial screening.

      The Clerk of the Court is **DIRECTED** to transmit a true copy of this order to Parker.

      No process will issue except upon further order of the Court.

      **SO ORDERED** on October 24, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE