IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAYMOND THOMAS PARKER, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SCOTT BESSENT, § <br> Defendant. § | No. 3:25-CV-2262-D |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), received on August 22, 2025 (Dkt. No. 4) is denied.

Plaintiff must pay the $405.00 filing and administrative fees no later than December 19, 2025; otherwise, this action will be dismissed without prejudice and without further notice by separate judgment.

**SO ORDERED**.

December 5, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE