IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND THOMAS PARKER,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:25-CV-2262-D-BW |
| | §<br>§ | |
| SCOTT BESSENT,<br>　　　Defendant. | §<br>§ | Referred to U.S. Magistrate Judge[1] |

## ORDER

By Order dated October 24, 2025, Plaintiff Raymond Thomas Parker was ordered to register for electronic filing through this Court's electronic filing system (CM/ECF), as required by Local Rule 5.1(f), by November 13, 2025. (*See* Dkt. No. 10 at 1.) The docket reflects that Parker still has not registered for electronic filing. Parker must register for electronic filing by **December 31, 2025**. Instructions for registering are available online at https://www.txnd.uscourts.gov/file-registration.

Failure to comply with this order may result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to follow orders of the Court.

**SO ORDERED** on December 17, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for judicial screening.